FILED 15 JUL '24 10:35 USDC-ORP

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

|  |  |
|---|---|
| DANIEL ROSS MARTIN<br>_Plaintiff(s)_<br><br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br><br>-v-<br><br>D.R.C.I, SUPERINTENDANT<br>SUNDQUIST, Ms.CARTER, DRCI,<br>MEDICAL DEPT, et, al,<br>_Defendant(s)_<br><br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:24-cv-1153 CL<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    Daniel Ross Martin

All other names by which
you have been known:

ID Number                          14465342

Current Institution            Deer Ridge Correctional Institution

Address                             3920 E. Ashwood rd.

Madras                    OR.          97741
*City*                      *State*         *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                    Superintendant Sundquist

Job or Title *(if known)*        Superintendant D.R.C.I.

Shield Number

Employer                           O.D.O.C. / D.R.C.I.

Address                             3920 E. Ashwood Rd.

Madras                    OR.          97741
*City*                      *State*         *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name                                    Ms. Carter

Job or Title *(if known)*        D.R.C.I Medical Dept. Manager

Shield Number

Employer                           Deer Ridge Correctional Institution

Address                             3920 E Ashwood rd.

Madras                    OR.          97741
*City*                      *State*         *Zip Code*

☐ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name      *D.R.C.I Medical Dept. et., al.*
    Job or Title *(if known)*
    Shield Number
    Employer      *Deer Ridge Correctional Institution*
    Address      *3920 E. Ashwood rd.*
         *Madras*     *OR.*     *97741*
              City        State        Zip Code
         ☐ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number      *N/A*
    Employer
    Address
             City        State        Zip Code
         ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The 8th Amendment and also The 14th Amendment*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐   Pretrial detainee
- ☐   Civilly committed detainee
- ☐   Immigration detainee
- ☑   Convicted and sentenced state prisoner
- ☐   Convicted and sentenced federal prisoner
- ☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Snake River Correctional Institution  12-23-2020

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

12-23-2020 A.M.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I have been seeking adequate care for several years now for my back injury. Due to lack of care and procrastination of behalf of Medical Staff, my injury has become more severe. As a result I have been left in constant pain and discomfort.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Worsening of pain and multiple refusals of M.R.I and Outside evaluations.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. If needed I would like surgery on my back to correct and relieve the pain I have been experiencing over the last several years. Punitive damages in the amount of $350,000 for pain and suffering, mental duress, inability to gain job skills i.e. construction program, welding program ect.

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

S.R.C.I. , D.R.C.I

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

M.R.I., minimal pain managment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes   DRCM_2023_03_050

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

D.R.C.I.

2.   What did you claim in your grievance? 2 years is long enough for D.R.C.I. (D.O.C.) to fix my back issues.

3.   What was the result, if any? After appox 1-year I was given an M.R.I. minimal pain managment.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealled grievance all the way to the Tort Claim which was denied.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See attached

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____ N/A _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.   Docket or index number

_____ N/A _____

4.   Name of Judge assigned to your case

_____ N/A _____

5.   Approximate date of filing lawsuit

_____ N/A _____

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)        _____N / A_____
      Defendant(s)       _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____N / A_____

3.    Docket or index number
      _____N / A_____

4.    Name of Judge assigned to your case
      _____N / A_____

5.    Approximate date of filing lawsuit
      _____N / A_____

6.    Is the case still pending?

      ☐ Yes

      ☑ No

      If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

      _____N / A_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6 - 13 - 24

Signature of Plaintiff         Daniel R. Martin
Printed Name of Plaintiff      Daniel R. Martin
Prison Identification #        14465342
Prison Address                 3920 E. Ashwood rd.
                               Madras            OR.        97741
                                    *City*          *State*    *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
                               _____
                                    *City*          *State*    *Zip Code*
Telephone Number               _____
E-mail Address                 _____



# Oregon Department of Corrections (ODOC)
## DRCI Minimum
### Grievance - Accepted

**To:** Martin, Daniel Ross          **SID #:** 14465342          **Cell:** DRCM:B122B
**From:** Ybarra, J                  **Date:** 03/20/2023

**Re:** Medical# DRCM_2023_03_050

Your grievance was accepted and sent for a response. You should expect a response within 35 days from the date of this notice.  If you do not recieve a response within 35 days contact your institutions Grievance Coordinator.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.



# Oregon Department of Corrections (ODOC)
## DRCI Minimum
### Initial Appeal - Accepted

**To:** Martin, Daniel Ross          **SID #:** 14465342          **Cell:** DRCM:B210B
**From:** Ybarra, J                  **Date:** 05/04/2023

**Re:** Medical# DRCM_2023_03_050A

Your initial grievance appeal was accepted and sent for response. You should expect a response within 35 days from the date of this notice. If you do not recieve a response within 35 days contact your institutions Grievance Coordinator.

If you have any questions regarding your initial grievance appeal, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.



# Oregon Department of Corrections (ODOC)
## DRCI Minimum
## Final Appeal - Accepted

**To:** Martin, Daniel Ross     **SID #:** 14465342     **Cell:** DRCM:B210B
**From:** Ybarra, J     **Date:** 06/24/2023

**Re:** Medical# DRCM_2023_03_050A

Your final grievance appeal was accepted and sent for response. You should expect a response within 35 days from the date of this notice.  If you do not recieve a response within 35 days contact your institutions Grievance Coordinator.

If you have any questions regarding your final grievance appeal, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

B201B



**Oregon**

Tina Kotek, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

May 25, 2023

Daniel Martin SID# 14465342
Deer Ridge Correctional Institution
3920 East Ashwood Rd.
Madras, OR 97741

RE:    Grievance Appeal DRCM-2023-03-050A

Dear AIC Martin:

This letter is in response to the above referenced grievance appeal concerning your spine.

On May 10, 2023, you had an appointment with a provider regarding continued low back pain. Your neuro exam was unremarkable and showed no focal neurological deficits. It was explained to you that an MRI is not indicated at this time.

You received a medication change for pain management and have a follow up appointment scheduled.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S
Medical Director

WR/bc

CC:    J. Ybarra, Grievance Coordinator, DRCI

**SENT**

**JUN 0 5 2003**

DRCI GRIEVANCE OFFICE



Tina Kotek, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

July 7, 2023

Daniel Martin SID# 14465342
Deer Ridge Correctional Institution
3920 East Ashwood Rd.
Madras, OR 97741

RE:     Grievance Appeal DRCM-2023-05-050AA

Dear AIC Martin:

This letter is in response to the above referenced grievance appeal concerning your spine.

I have reviewed your second grievance appeal, and I support the medical opinion of
Dr. Warren Roberts, Chief Medical Director.

On June 22, 2023, you were evaluated by your provider. A request for a lumbar MRI was presented to the
Therapeutic Level of Care (TLC) committee on June 27, 2023, and it was not approved. TLC
recommended to continue following you clinically.

You are scheduled for a follow up with your provider regarding your low back pain. Please discuss any
concerns you may have at your visit.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-
judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health
Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for
this matter.

Sincerely,

J. Bugher
Assistant Director, Health Services

WR/bc

CC:     J. Ybarra, Grievance Coordinator, DRCI

**SENT**

**JUL 17** 2023

DRCI GRIEVANCE OFFICE

Page: 1 of 2 (3 page limit)    Grievance # DRCM 2023-03-050

Official Use Only    Resubmit

## GRIEVANCE FORM

Name: Martin    Daniel    R.    14465342    B122B
Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Ms. Carter, Medical dept., et. al.

Please provide the date/time of incident giving rise to grievance: March 4 2023

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On March 4th 2023 I recieved conformation that I have been scheduled to see a provider thru use of a CD 1738 9/2021 Communication form. As of today 3-16-23 I have not been seen by anyone regarding my back pain. I have recieved an X-ray which of course is "normal" (see att.) My current Physical therapist suggested that I need an MRI done to determine if there is any nerve damage. Dr Beamer said he uses a conservative medical management system. I have been given Meloxicam for inflamation and pain mangmt, which does very little. I am in constant pain and have been in pain for the past 2 years which is progressively getting worse. I feel 2 years is

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I would like the recomended MRI and if surgery is needed I would like back surgery

3-16-23
Date

Daniel Martin
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | MAR 1 5 2023 | MAR 2 0 2023 | |
| | DRCI GRIEVANCE OFFICE | DRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page: __2__ of __2__ (3 page limit)    Grievance # DRCM 2023-03-050

*Official Use Only*    Resubmit

## GRIEVANCE FORM

Name: __Martin    Daniel    R    14465342    B122B__
          Last         First         Initial      SID#      Cell/Block/Bunk #

Whom are you grieving: __Ms Carter, Medical dept., et. al.__

Please provide the date/time of incident giving rise to grievance: __March 4 2023__

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

long enough for DOC to address and fix my back issues By avoiding my back pain and disregaurding the recommendations made by DOC, Physical Therapist, I feel the DRCI Medical Dept. have violated D.O.C. Policy 20.1.3 Code of Conduct III, as well as the D.o.C. code of ethics particularly the final paragraph which states in part "I acknowledge that I have been selected for a position of public trust and I will constantly strive to be worthy of that trust and to be true to the mission and values of the Department of Corrections"
In accordance with OAR 291-109-0140 1), B, (d)
This is an obvious oversight.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I would like the recomended MRI and if sugery is needed I would like my back surgery

__3-16-23__
Date

__Daniel Martin__
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | MAR 1 5 2023 | MAR 2 0 2023 | |
| | DRCI GRIEVANCE OFFICE | DRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Grievance # DRCM 2023-03-050A   X

Official Use Only        Resubmit

## GRIEVANCE APPEAL FORM

Name: Martin      Daniel      R           14465342        B210B
        Last         First        Initial          SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

Your response to my grievance # DRCM-2023 -03-050 in part "I have scheduled you for an appointment with your primary care provider for follow up and to consider an MRI" I have not yet seen a provider. I have not yet recieved notice of approval or denial for the MRI of my lower back.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

The recomended MRI!
Back Surgery if needed!
Compensation of some form!

5-3-23                                    Daniel Martin
Date                                      Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED MAY 0 4 2023 DRCI GRIEVANCE OFFICE | ACCEPTED MAY 0 4 2023 DRCI GRIEVANCE OFFICE |  |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)        CD 117C (10/2019)

Grievance # DRCM 2023-03-050

_Official Use Only_                    _Resubmit_

## GRIEVANCE APPEAL FORM

Name: __Martin__  __Daniel__  __R.__  __14465342__  __B122B__
　　　　Last　　　　First　　　　Initial　　　SID#　　　Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I had my grievance accepted on March 20 2023 and the response was sent on April 4, 2023. In the response Nurse Mangger Bailey stated in Part "I have scheduled you for an appointment with your primary care provider for follow up and to consider an MRI" On the same day I recieved a denial for an MRI ® groin (see attached) My problem is not my groin it is in my Back. My original Grrevance # DRCM-2023-03-050 states my condition, the several years I've been trying to get my back fixed and the only thing I ask for was "The recomended MRI, and if Surgery is needed I would like Back Surgery. Nowhere is there a

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

The recomended MRI!
Back Surgery if needed!
Compensation of some form!

__4-18-2023__
Date

__Daniel R. Martin__
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED APR 24 2023 DRCI GRIEVANCE OFFICE | Returned For Correction MAY 01 2023 DRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Grievance # DRCM 2023-03-050

*Official Use Only*                    *Resubmit*

## GRIEVANCE APPEAL FORM

Name: Martin        Daniel        R.        14465342        B 122B
　　　Last          First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

mention of a groin problem

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

The recomended MRI !
Back Surgery if needed!
Compensation of some form!

4-18-2023

Daniel R. Martin

Date                                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | Returned For Correction | |
| | APR 24 2023 | MAY 01 2023 | |
| | DRCI GRIEVANCE OFFICE | DRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*Grievance #* DRCM 2023-03-050AA _____

*Official Use Only*          *Resubmit*

## GRIEVANCE APPEAL FORM

Name: Martin      Daniel      R.      14465342      B 210 B
       Last         First        Initial       SID#         Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

In regards to GA# 2023-03-050A
The response in part " Your Neuro Exam was
unremarkabel and showed no Focal Neurological
defects "
First: I was never given a "Neuro Exam" I
was given an X-Ray
Second: Focal Neurological defects do not
appear in a standard X-Ray
It is apparent to me that DRCI medical is
willfully and purposfully acting in a neglegant
manner to offer me an MRI in order to determine
weather or not I in fact do or do not have Nerve
damage in my lower back

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

1. MRI on lower back
2. Lower back Surgically repaired if needed
3. Compensation for ongoing pain and suffering

6-11-23
Date

*Daniel Martin*
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | JUN 12 2023 | JUN 24 2023 | |
| Date Stamp | DRCI GRIEVANCE OFFICE Date Stamp | DRCI GRIEVANCE OFFICE Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*          CD 117C (10/2019)



**Oregon**

Tina Kotek, Governor

**Department of Administrative Services**
Enterprise Goods & Services
Risk Management
PO Box 12009
Salem, OR 97309-0009
Telephone: 503-373-7475
Fax: 503-373-7337

January 31, 2024

DANIEL MARTIN | SID# 14465342
DRCI
3920 E ASHWOOD RD
MADRAS OREGON 97741

| | |
|---|---|
| Claimant: | Daniel Martin |
| Claim Number: | L18565301 |
| Date of Loss: | 7/1/2023 |
| Re: | Denial |

Dear Daniel Martin,

We have completed a review of your tort claim allegations as set forth in your letter dated July 26, 2023 with management level staff from Department Of Corrections.

After reviewing the available information submitted, we must respectfully deny your claim. With this notice of denial, this ends the review process through our office and we will be closing our file.

Should you choose to pursue litigation related to your allegation, proper service of any litigation filings should be served upon

Oregon Department of Justice
Trial Division
1162 Court Street NE
Salem OR 97310

Respectfully,

Custody Claims Unit